Núm. 7858.—RESTO, aplte. *v.* MACLEOD ET AL. apldos.—C. D. San Juan. *Mandamus.* Mayo 22, 1940.

Núm. 7859.—MARTÍNEZ, aplte. *v.* MACLEOD ET AL., apldos.—C. D. San Juan. *Mandamus.* Mayo 22, 1940.

Núm. 7860.—VEVE, aplte. *v.* MACLEOD ET AL., apldos.—C. D. San Juan. Mayo 22, 1940.

Por los fundamentos consignados en la opinión emitida en el caso núm. 7857, *Antonio Soto Zaragoza* v. *Leslie A. MacLeod et al.,* resuelto en el día de hoy, (ante, pág. 807) se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan, el día 10 de junio de 1938.

El Juez Asociado Sr. Hutchison está conforme con el resultado.

Núm. 8012.—PÉREZ, aplte. *v.* MACLEOD ET AL., apldos.—C. D. San Juan. Mayo 22, 1940.

Por los motivos consignados en la opinión emitida con fecha de hoy en el caso civil núm. 8011, *Eduardo Ugarte, demandante y apelante,* v. *Leslie A. MacLeod y R. Sancho Bonet, etc., demandados y apelados,* sobre *Mandamus* (ante, pág. 842), se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan con fecha 28 de marzo de 1939, en el caso arriba indicado.